UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REBEKAH CLEMENTS,<br><br>        Plaintiff,<br><br>v.<br><br>INSPIRA MEDICAL CENTER a/k/a INSPIRA HEALTH NETWORK<br><br>        Defendant. | :<br>:<br>:  DOCKET NO.: 1:24-CV-10461-ESK-SAK<br>:<br>:  CIVIL ACTION<br>:<br>:  *(Document Filed Electronically)*<br>:<br>: |

**DEFENDANTS' DISCLOSURE OF CORPORATE INTERESTS STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Inspira Medical Centers, Inc., improperly identified as defendant Inspira Medical Center a/k/a Inspira Health Network, states that it is not a subsidiary of any other corporation. No publicly held company owns 10% or more of Inspira Medical Centers, Inc.

        Respectfully submitted,

        */s/ Samantha Banks*
        **FOX ROTHSCHILD LLP**
        Samantha Banks (I.D. No. 120202014)
        Kelly A. Quinn (I.D. No. 398092022)
        212 Carnegie Center, Suite 400
        Princeton, NJ 08540
        sbanks@foxrothschild.com
        kquinn@foxrothschild.com
        Tel: (609) 896-3600
        Fax: (609) 896-1469

        *Attorneys for Defendant Inspira Medical Centers, Inc., improperly identified as Inspira Medical Center a/k/a Inspira Health Network*

Dated: April 7, 2025